JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| El Carmen, Inc., a California corporation, and Amerisal Foods, LLC, a California limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>Eliseo Rubio, et al., individuals, and Chaparrastique Warehouse LLC, a California limited liability company,<br><br>  Defendants. | Case No. CV 21-2070-MWF (AJRx)<br><br>**JUDGMENT AFTER TRIAL** |

All claims have now been resolved or dismissed against all parties, as follows:

On April 8, 2022, the Court granted the Parties' joint stipulation to dismiss without prejudice all state-law claims and counterclaims. (Docket No. 48).

The Court left for trial Plaintiffs El Carmen, Inc., and Amerisal Foods, LCC's claims for Trademark Infringement and False Designation of Origin, as well as Defendants Eliseo Rubio, Marta Rubio, Eliseo Rubio and Marta Rubio DBA Chaparrastique Warehouse, and Chaparrastique Warehouse, LLC's counterclaims for False Designation of Origin and Declaratory Relief for Cancelation of Plaintiffs' Trademark Registrations.

///

On August 23, 2022, this matter came before the Court for a five-day bench trial in Courtroom 5A of this United States District Court. Plaintiffs were represented by David Hoffman, Esq., and Michael Conway, Esq. Defendants were represented by R. Joseph Trojan, Esq., and Lan Dang, Esq.

Following the trial, the Court entered its Findings of Fact and Conclusions of Law. Now, therefore, pursuant to Federal Rules of Civil Procedure 54 and 58(b), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. On Plaintiffs' First Claim for Trademark Infringement, in violation of 15 U.S.C. § 1114, the Court finds that Plaintiffs proved the elements of this Claim, but that the affirmative defense of laches acts as a bar to Plaintiffs' claim and to the requested remedies. Accordingly, judgment is entered in favor of Defendants.

2. On Plaintiffs' Second Claim for False Designation of Origin, in violation of 15 U.S.C. § 1125, the Court finds that Plaintiffs proved the elements of this Claim, but that the affirmative defense of laches acts as a bar to Plaintiffs' claim and to the requested remedies. Accordingly, judgment is entered in favor of Defendants.

3. On Defendants' First Counterclaim for False Designation of Origin, in violation of 15 U.S.C. § 1125, judgment is entered in favor of Plaintiffs.

4. On Defendants' Second Counterclaim for Declaratory Relief for Cancellation of Plaintiffs' Trademark Registrations, judgment is entered in favor of Plaintiffs.

The Parties shall bear their own costs.

Dated: April 2, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge